

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



# FILED

JUL 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

Docket Number:      26-4708
Agency Number(s):   A208-117-169
Case Title:         Cienega Arenas v. Blanche

Dear Petitioner(s)

The United States Court of Appeals for the Ninth Circuit has received your petition for review and assigned the docket number above to your case.  Please include this docket number on every filing you submit and in any communication you have with the court about this case.

You are the petitioner(s) in this court because you filed the petition for review. You must file an opening brief, and you may file a reply brief after the government files their answering brief. The brief due dates are listed in the attached Briefing Schedule. These dates can be extended only by court order.

*Your Petition for Review includes a request for stay of removal. Pursuant to G.O. 6.4(c), a stay of removal is in effect until that request has been addressed.*

**The $600 docketing fee is due now.** You have **21 days** to either pay the fee or request a waiver if you cannot afford to pay. The fee is payable to this court. To ask this court to waive your filing fee, you need to complete a form called "Motion and Affidavit to Proceed in Forma Pauperis," which is available on the court's website.   If you do not pay the fee or request a waiver within 21 days, your case may be dismissed. *See* 9th Cir. R. 42-1.

**Failure to timely file the opening brief may also result in your case being**

dismissed.

Please read the enclosed materials carefully.



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

## BRIEFING SCHEDULE

Docket Number:    26-4708
Agency Number(s):  A208-117-169
Case Title:       Cienega Arenas v. Blanche

**9/1/2026**

Todd Blanche                          Certified Administrative Record due

**9/22/2026**

Todd Blanche                          Respondent Response to Stay Motion
                                              (Filed with PFR) due

**10/13/2026**

Juan Jose Cienega Arenas              Immigration Petitioner Opening Brief due

**11/10/2026**

Todd Blanche                          Immigration Respondent Answering Brief
                                                                        due

The optional reply brief is due 21 days after the answering brief is served.  See
Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See*
9th Cir. R. 42-1.